S. LANE TUCKER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Email: Jack.Schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>AUSTIN NOLAN DWIGHT RUTHERFORD,<br><br>                Defendant. | No. 1:23-cr-00008-TMB-MMS<br><br>COUNT 1:<br>THEFT, EMBEZZLEMENT, MISAPPLICATION OF FUNDS BY A PERSON CONNECTED IN A CAPACITY WITH A BANK<br>    Vio. of 18 U.S.C. § 656<br><br>COUNT 2:<br>THEFT, EMBEZZLEMENT, MISAPPLICATION OF FUNDS BY A PERSON CONNECTED IN A CAPACITY WITH A CREDIT UNION<br>    Vio. of 18 U.S.C. § 657 |

**INFORMATION**

The United States Attorney charges:

## COUNT 1

Between on or about March 2020, and May 2022, within the District of Alaska, the defendant, AUSTIN NOLAN DWIGHT RUTHERFORD, a person connected in a capacity with U.S. Bank, Wells Fargo Bank, and Key Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, did knowingly and willfully steal, embezzle, and misapply, with the intent to defraud, a sum of more than $1,000.00 belonging to U.S. Bank, Wells Fargo Bank, and Key Bank.

All of which is in violation of Title 18 United States Code § 656.

## COUNT 2

Between on or about March 2020, and May 2022, within the District of Alaska, the defendant, AUSTIN NOLAN DWIGHT RUTHERFORD, a person connected in a capacity with NuVision Credit Union and Alaska USA Federal Credit Union, the deposits of which were insured by the National Credit Union Administration Board, did knowingly and willfully steal, embezzle, and misapply, with the intent to defraud, a sum of more than $1,000.00 belonging to NuVision Credit Union and Alaska USA Federal Credit Union.

All of which is in violation of Title 18 United States Code § 657.

//

//

//

U.S. v. Rutherford                             2

RESPECTFULLY submitted on May 18, 2023, at Juneau, Alaska.

                                                 S. LANE TUCKER
                                                 United States Attorney

                                                 *s/ Jack S. Schmidt*
                                                 JACK S. SCHMIDT
                                                 Assistant United States Attorney
                                                 United States of America